In the Matter of the Claim of JACOB MOLNIA, Respondent, against B. D. KAPLAN & Co., INC., Appellant, and ÆTNA INSURANCE COMPANY, Respondent.

Submitted October 2, 1944; decided October 12, 1944.

Motion by appellant for reargument denied, with ten dollars costs and necessary printing disbursements. (See 293 N. Y. 700.)

EDWARD SCHROEDER, Appellant and Respondent, *v.* CITY AND COUNTY SAVINGS BANK OF ALBANY, Appellant; M. GERBER CONSTRUCTION COMPANY, INC., et al., Respondents, et al., Defendants.

Submitted October 2, 1944; decided October 12, 1944.

Motion by appellant City and County Savings Bank of Albany for reargument or to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 293 N. Y. 370.)